Bridgeville Methodist Church, Appellant, *v.* Bridgeville Borough Board of Adjustment.

Argued October 2, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*James C. Larrimer,* with him *Dougherty, Larrimer, Lee & Hickton,* for appellant.

*Louis F. Silhol,* for appellee.

*Karl E. Weise,* for board, appellee.

OPINION PER CURIAM, November 28, 1969:

This case involves a petition for an appeal under Rule 68½ from the order of the County Court of Allegheny County at No. A-2040 of 1968 and an appeal from the decree of the Court of Common Pleas, Civil Division, of Allegheny County at No. 581 April Term, 1969. The petition for an appeal under Rule 68½ is granted and both the order and the decree are affirmed.

Each party to pay own costs in the equity action.